AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LADARRELLE RHAMEK DIXON,

      Petitioner,

                v.

STATE OF GEORGIA ATTORNEY GENERAL,
and SHERIFF NEAL JUMP,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-032

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 25, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date _January 30, 2024_

John E. Triplett, Clerk of Court
_Clerk_

_(By) Deputy Clerk_

GAS Rev 10/2020